LOCKE LORD LLP
Regina J. McClendon (CA SBN 184669)
rmcclendon@lockelord.com
Jonathan S. Lieberman (CA SBN 278058)
jlieberman@lockelord.com
44 Montgomery Street, Suite 2400
San Francisco, CA  94104
Telephone:  415-318-8810
Fax:  415-676-5816

LOCKE LORD LLP
Robert T. Mowrey (*pro hac vice* application to follow)
rmowrey@lockelord.com
Jason L. Sanders (CA SBN 230245)
jsanders@lockelord.com
2200 Ross Avenue, Suite 2200
Dallas, TX 75201
Telephone:  214-740-8000
Fax:  214-740-8800

ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP
Mark T. Flewelling (CA SBN 96465)
mflewelling@afrct.com
Jeremy E. Shulman (CA SBN 257582)
jshulman@afrct.com
Yaw-Jiun (Gene) Wu (CA SBN 228240)
gwu@afrct.com
199 So. Los Robles Ave., Suite 600
Pasadena, CA 91101
Telephone: 626-535-1900
Fax: 626-577-7764

Attorneys for Defendants
WELLS FARGO HOME MORTGAGE, a Division of WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a WACHOVIA MORTGAGE, FSB, f/k/a WORLD SAVINGS BANK, FSB, and successor by merger with WACHOVIA MORTGAGE CORPORATION; WORLD SAVINGS, INC.; WELLS FARGO BANK SOUTH CENTRAL, N.A., successor by merger with WACHOVIA BANK, FSB, f/k/a WORLD SAVINGS BANK, FSB (TEXAS); and WELLS FARGO & COMPANY, successor by merger with WACHOVIA CORPORATION, which was successor by merger with GOLDEN WEST FINANCIAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MCDERMED; JULIE MCDERMED; SHARON GOLDFINCH; DUWARREN GIBSON; MARIE MARCANTONIO, and FRANCISCA | ) CASE NO. 3:13-cv-01407-SI<br>)<br>) **STIPULATION REGARDING** |

Locke Lord LLP
44 Montgomery Street, Suite 2400
San Francisco, CA 94104

| | |
|---|---|
| EJALE; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE; WELLS FARGO BANK, N.A.; WORLD SAVINGS, INC.; WORLD SAVINGS BANK, FSB; WACHOVIA MORTGAGE, FSB, NOW KNOWN AS WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A.; WACHOVIA CORPORATION; GOLDEN WEST FINANCIAL CORPORATION; WACHOVIA BANK, FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB TX; and WACHOVIA MORTGAGE CORPORATION,<br><br>Defendants. | PROPOSED BRIEFING SCHEDULE; [~~PROPOSED~~] ORDER THEREON |

The parties, by and through their counsel of record, hereby enter into the stipulation below concerning the response to Plaintiffs' Complaint and the briefing schedule and hearing date for any motion to dismiss and/or motion to strike.  This stipulation is based on the following:

   A.   Plaintiffs filed their Class Action Complaint on March 29, 2013 (Dkt. 1).

   B.   Because of the complexity of the factual and legal issues raised in the Complaint, the parties desire that the Court set the briefing schedule set forth below.

   The parties hereby stipulate:

   1.   Defendants shall respond to the complaint on or before May 24, 2013;

   2.   Plaintiffs shall file an opposition to Defendants motion(s) on or before June 21, 2013; and

   3.   Defendants shall file a reply brief on or before July 12, 2013.

   4.   The motion(s) filed in response to the Complaint shall be heard on July 26, 2013 at 9:00 a.m., or as otherwise set by the Court.

5. The initial case management conference shall be continued from June 28, 2013 at 2:30 p.m. to July 26, 2013 at 9:00 a.m., to be heard with the motion to dismiss and/or motion to strike.

Dated: May 1, 2013

Respectfully submitted,

LOCKE LORD LLP

By: */s/ Regina J. McClendon*
Regina J. McClendon
Attorneys for Defendants
WELLS FARGO HOME MORTGAGE, a Division of WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a WACHOVIA MORTGAGE, FSB, f/k/a WORLD SAVINGS BANK, FSB, and successor by merger with WACHOVIA MORTGAGE CORPORATION; WORLD SAVINGS, INC.; WELLS FARGO BANK SOUTH CENTRAL, N.A., successor by merger with WACHOVIA BANK, FSB, f/k/a WORLD SAVINGS BANK, FSB (TEXAS); and WELLS FARGO & COMPANY, successor by merger with WACHOVIA CORPORATION, which was successor by merger with GOLDEN WEST FINANCIAL CORPORATION

Locke Lord LLP
44 Montgomery Street, Suite 2400
San Francisco, CA 94104

Dated: May 1, 2013						Respectfully submitted,

							BERNS WEISS LLP


							By: */s/ Lee A. Weiss*
							Lee A. Weiss
							Attorneys for Plaintiffs
							PAUL MCDERMED; JULIE MCDERMED;
							SHARON GOLDFINCH; DUWARREN
							GIBSON; MARIE MARCANTONIO, and
							FRANCISCA EJALE


## CERTIFICATION

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that she has obtained concurrence regarding the filing of this document from the indicated signatories to the document.


Dated: May 1, 2013					By: _____*/s/ Regina J. McClendon*_____
							             Regina J. McClendon


## [PROPOSED] ORDER

Pursuant to the stipulation, IT IS SO ORDERED.

Dated: ____5/2/13____					_____
							United States District Court Judge

Locke Lord LLP
44 Montgomery Street, Suite 2400
San Francisco, CA  94104